UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MCPEEK,<br><br>                                    Plaintiff,<br>v.<br>HARRAH'S IMPERIAL PALACE CORP.,<br><br>                                    Defendant. | Case No. 2:13-cv-01371-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (Dkt. #49) filed August 15, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than February 23, 2015. Defendants filed a Motion for Summary Judgment (Dkt. #52) March 2, 2015, which the District Judge denied in part and granted in part in an Order (Dkt. #74) entered September 9, 2015. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied.

Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., November 23, 2015.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 9th day of November, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1