UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DENISE MCPEEK,

    Plaintiff,

v.

HARRAH'S IMPERIAL PALACE CORP. et al.

    Defendants.

2:13-CV-01371-JAD

**ORDER TO RELEASE BOND**

Presently before the court is the matter of *McPeek v. Harrah's Imperial Palace Corp., et al.*, case number 2:13-cv-01371-JAD.

On October 16, 2013, the court ordered Plaintiff to post a security bond for $500.00. (ECF No. 31). On November 14, 2013, Andrew D. Taylor, Esq. posted a security bond on behalf of Plaintiff receipt number NVLAS022831 for $500.00. (ECF No. 32).

On March 3, 2016, the court granted the parties' Stipulation and Order to Dismiss with Prejudice, closing the case. (ECF No. 82). As this matter is now concluded, the court will refund to Andrew D. Taylor, Esq. on behalf of Plaintiff for $500.00 security bonds, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated this 29th day of June, 2019.

_____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE